# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DAVID LEE SMITH,**
    **Plaintiff,**

**vs.**                                                  **Case No.: 4:17cv246-MW/CAS**

**STATE OF FLORIDA, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, sought to initiate a civil rights case in this Court on May 30, 2017. ECF No. 1. However, Plaintiff did not file an in forma pauperis motion nor did he pay the filing fee. An Order was entered on June 7, 2017, directing Plaintiff to do one or the other to proceed with this case. ECF No. 3. That Order has twice been returned to this Court as undeliverable. ECF Nos. 4-5. Because Plaintiff has not advised the Court of any change in his mailing address and did not contact the Court after being released from the Leon County Jail, it appears that he has abandoned this litigation. Indeed, this case cannot continue if mail from the Court cannot reach Plaintiff.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on July 17, 2017.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 4:17cv246-MW/CAS