IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID LEE SMITH,**

       **Plaintiff,**

v.                                       **Case No. 4:17cv246-MW/CAS**

**STATE OF FLORIDA, et al.,**

       **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED without** prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.[1] The Clerk shall close the file.

**SO ORDERED on August 14, 2017.**

                                        **s/Mark E. Walker             **
                                        **United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF Nos. 4, 5, 7, and 8.